UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVOR J. EDWARDS,<br><br>    Defendant. | Case No. 22-cv-40042-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a letter received from defendant Trevor J. Edwards seeking the Court's assistance in forcing the Bureau of Prisons ("BOP") to implement the sentence reduction the Court ordered for Edwards pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 821 (Doc. 52).

The Court does not have jurisdiction to entertain this request.  Edwards is essentially attacking the BOP's computation under 18 U.S.C. § 3585(b) of sentence credit the Court recently awarded him, a matter committed in the first instance to the Attorney General, through the BOP, not the sentencing court.  *United States v. Wilson*, 503 U.S. 329, 334 (1992); *United States v. Walker*, 917 F.3d 989, 993-94 (7th Cir. 2019).  If a prisoner disagrees with the BOP's computation of sentence credit, he may seek administrative review and then file a petition under 28 U.S.C. § 2241 in the district of his confinement.  *Walker*, 917 F.3d at 994 (citing *Jake v. Herschberger*, 173 F.3d 1059, 1063 (7th Cir. 1999); *United States v. Koller*, 956 F.2d 1408, 1417 (7th Cir. 1992)).  This Court does not have jurisdiction to give the defendant credit for the time in question or to change the BOP's records.  *See Walker*, 917 F.3d at 993-94 (citing *United States v. McGee*, 60 F.3d 1266, 1272 (7th Cir. 1995)); *United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000).

The Court must therefore decline Edwards's request for assistance.   However, the Court **ORDERS** the Clerk of Court to send a copy of the Court's January 16, 2024, order (Doc. 50) and attachment (Doc. 50-1) along with a copy of this order to Edwards at:   Reg. No. 22409-510, FCI Memphis, Federal Correctional Institution, P.O. Box 34550, Memphis, TN   38184.

**IT IS SO ORDERED.**
**DATED:   June 13, 2024**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**